Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number
Timothy J. Silverman, Esq. [SBN 145264]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:    (858) 793-8500
Facsimile:     (858) 793-8263

☐ *Individual appearing without counsel*
☒ *Attorney for Movant*

FOR COURT USE ONLY

**FILED & ENTERED**

**APR 07 2010**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

MARIA C. LOPEZ PIO RODA; CAMILO B. PIO RODA; HERITAGE CREST, INC.

Debtor(s).

CHAPTER: 13

CASE NO.: 2:09-bk-26328-AA

DATE:    4/21/10
TIME:    11:00 a.m.
CTRM:   1375
FLOOR:  13th

# *AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
# UNDER 11 U.S.C. § 362 (Personal Property)
# (MOVANT: JP MORGAN CHASE BANK, N.A.)

1.  The Motion was:    ☐ Contested    ☐ Uncontested    ☒ Settled by Stipulation

    ***Amended as to "Settled by Stipulation"***

2.  The Motion affects the following personal property ("Property"):

    ☒ Vehicle (*describe year, manufacturer, type, and model*):  2005 Mercedes-Benz M50

     *Vehicle Identification Number*: 4JGAB75E55A535012
     *Location of vehicle (if known)*: Unknown

    ☐ Equipment (*describe manufacturer, type, and characteristics*):

     *Serial numbers(s):*
     *Location (if known):*

    ☐ Other Personal Property (*describe type, identifying information, and location*):

    ☐ See Exhibit _____ attached to this Order.

3.  The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4.  As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a.  ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.

    c.  ☐ Modified or conditioned as set forth in Exhibit_____ to this Order.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.PP

Order on Motion for Relief from Stay (Personal Property) – Page 3 of 6    **F 4001-10.PP**

| In re:<br>MARIA C. LOPEZ PIO RODA; CAMILO B. PIO RODA; HERITAGE CREST, INC.<br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:09-bk-26328-AA |
|---|---|

5. ☐ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not repossess the Property before the following date *(specify)*:

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. This Court further orders as follows:

   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
   d. ☐ See attached continuation page for additional provisions.


###


DATED: April 7, 2010

*/s/ Alan M. Ahart*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 4 of 6    **F 4001-10.PP**

| In re:<br>MARIA C. LOPEZ PIO RODA; CAMILO B. PIO RODA; HERITAGE CREST, INC.<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-26328-AA |
|---|---|

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: JP MORGAN CHASE BANK, N.A.)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) shall tender payment before or at the hearing in the amount of $___.

2. ☒ Commencing with the payment due to the Chapter 13 Trustee due in April, 2010, and continuing each month thereafter until the Chapter 13 Plan is paid in full or a Court Order is entered to the contrary, the Debtor shall make regular monthly plan payments to the Chapter 13 Trustee pursuant to the terms of the confirmed Chapter 13 Plan, presently in the amount of $700.00.

3. ☐ The Debtor(s) shall cure the postpetition default computed through _____ in the sum of $_____ as follows:

    a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

    b. ☐ By paying the sum of $_____ on or before _____,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date):*
   Disclosure Statement shall be approved on or before *(specify date):*
   The Plan shall be confirmed on or before *(specify date):*

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 10 calendar days after mailing of such written notice:

    a. ☐ The stay shall automatically terminate without further notice, hearing or order.

    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

    d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*      **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 5 of 6    **F 4001-10.PP**

| In re:<br>MARIA C. LOPEZ PIO RODA; CAMILO B. PIO RODA; HERITAGE CREST, INC.<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-26328-AA |
|---|---|

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of __3__ *(three)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☐ Other (specify):

Dated:    March 26, 2010

SOLOMON, GRINDLE, SILVERMAN &
WINTRINGER, APC

By:  /s/Timothy J. Silverman
 Timothy J. Silverman, Esq.
 Attorneys for JP Morgan Chase Bank, N.A.

Dated:    March 25, 2010

SIMON & RESNIK, LLP

[Docket No. 38]
By:_____
 Russ Stong, Esq.
 Attorneys for Debtors

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 6 of 6  **F 4001-10.PP**

| | |
|---|---|
| In re:<br>MARIA C. LOPEZ PIO RODA; CAMILO B. PIO RODA; HERITAGE CREST, INC.<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-26328-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12651 High Bluff Drive, Suite 300, San Diego, CA 92130

A true and correct copy of the foregoing document described **Amended Order Granting Motion for Relief from the Automatic Stay settled by Stipulation and the Original Signature Page** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

12651 High Bluff Drive, Suite 300, San Diego, CA 92130

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 5, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Chambers Copy*
Chambers of the Honorable Alan M. Ahart
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA  90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 5, 2010 | Tanya Kinne | /s/ Tanya Kinne |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                              **F 4001-10.PP**

Order on Motion for Relief from Stay (Personal Property) – Page 7 of 6    **F 4001-10.PP**

| | |
|---|---|
| In re:<br>MARIA C. LOPEZ PIO RODA; CAMILO B. PIO RODA; HERITAGE CREST, INC.<br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:09-bk-26328-AA |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Amended Order Granting Motion for Relief from the Automatic Stay settled by Stipulation and the Original Signature Page   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  April 5, 2010                                                               , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | | |
|---|---|---|
| Chapter 13Trustee | Kathy A. Dockery | efiling@CH13LA.com |
| Attorney for Debtors | Matthew Resnik | matt@resniklaw.com |
| Attorney for Movant | Timothy J. Silverman | tim@sgsslaw.com |
| Office of the US Trustee | | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors**
Maria C. Lopez Pio Roda dba Heritage Crest, Inc.
Camilo B. Pio Roda
629 Pennsylvania Avenue
Glendora, CA  91741

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.PP**